**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 20-7001**

———————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

MOSHIN RAZA,

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria. Claude M. Hilton, Senior District Judge. (1:15-cr-00118-CMH-1)

———————————

Submitted: September 24, 2021               Decided: October 7, 2021

———————————

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Charles Burnham, BURNHAM & GOROKHOV PLLC, Washington, D.C., for Appellant.
G. Zachary Terwilliger, United States Attorney, Jack Hanly, Assistant United States
Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohsin Raza appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. However, after the district court's order, Raza was released from prison. Accordingly, we dismiss the appeal as moot. *See United States v. Springer*, 715 F.3d 535, 540 (4th Cir. 2013) ("Mootness is a jurisdictional question and thus may be raised *sua sponte* by a federal court at any stage of proceedings."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*